IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MILAUDI KARBOAU,

        Plaintiff,

v.

JPMORGON CHASE BANK and MUJIB
RAHMAN the BRANCH MANAGER,

        Defendants.

Case No. 3:13-cv-01641-BR

ORDER

BROWN, Judge.

    Plaintiff brings this civil action *pro se*. On October 7, 2013, this Court issued an Order dismissing Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2). Due to Plaintiff's *pro se* status, the Court advised Plaintiff of the deficiencies of his Amended Complaint and granted Plaintiff leave to file a Second Amended Complaint curing those deficiencies. Currently before the Court is Plaintiff's Second Amended Complaint (#14).

    Plaintiff's Second Amended Complaint fails to cure the deficiencies noted in the Court's October 7, 2013, Order.

1 - ORDER -

Specifically, Plaintiff fails to allege facts supporting subject matter jurisdiction over Plaintiff's claims in this Court. Accordingly, Plaintiff's Second Amended Complaint must be dismissed.

## CONCLUSION

For these reasons, the Court DISMISSES Plaintiff's Second Amended Complaint (#8). The dismissal is without prejudice to Plaintiff's right to pursue his claims in the appropriate venue.

IT IS SO ORDERED.

DATED this 18th day of December, 2013.

*[signature]*

ANNA J. BROWN
United States District Judge